UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

In re:

Thema T. Norton,

                      Debtor.

--------------------------------------------------------

Case No.: 17-42199-ess

(Chapter 7)

# NOTICE OF APPOINTMENT OF TRUSTEE

To:   David J. Doyaga, Esq.
       26 Court Street, Suite 1601
       Brooklyn, NY 11242

The United States Trustee hereby appoints you as interim trustee, under 11 U.S.C. § 701(a), in the above captioned case, which was reopened on December 14, 2020.

You are covered by the Chapter 7 Blanket Bond, issued by the Liberty Mutual Insurance Company, which is on file with the Office of the United States Trustee for the Eastern District of New York, Brooklyn, New York. *See* 11 U.S.C. 322(a) and Fed. R. Bankr. P. 2010. In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within seven days after receipt of this notice only if you reject this appointment. *See* Fed. R. Bankr. P. 2008 and 2010(a).

Dated: New York, New York
       December 15, 2020

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: /s/ Marylou Martin _____
     Marylou Martin
     Assistant United States Trustee
     201 Varick Street, Suite 1006
     New York, NY 10014
     Phone: 212.510.0500
     Facsimile: 212.668.2361
     Email: Marylou.Martin@usdoj.gov