UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:

THEMA T NORTON,                                 Chapter 7
                                                Case No. 17-42199-ess

               Debtor.
-----------------------------------------------------x

## *AMENDED[1]* **ORDER REOPENING DEBTOR'S BANKRUPTCY CASE**

WHEREAS, on May 2, 2017, Thema T Norton filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on December 4, 2017, the Court entered an order discharging the Debtor; and

WHEREAS, on December 4, 2017, this bankruptcy case was closed; and

WHEREAS, on October 15, 2020, the Debtor filed a motion to reopen her Chapter 7 case to file an adversary proceeding seeking a determination that ECP Property II LLC, Nathan Cann, Gordan S. Young, and Jeremy Friedberg (collectively the "Creditors") violated the discharge injunction pursuant to Bankruptcy Code Section 524 (the "Motion to Reopen"); and

WHEREAS, from time to time, and on December 8, 2020, the Court held hearings on the Motion to Reopen, at which the Debtor and the Creditors appeared and were heard, and there being no opposition to the Motion to Reopen; and

---

[1] ***This Amended Order directs the United States Trustee to appoint a Chapter 7 trustee, effective as of December 14, 2020.***

WHEREAS, at the December 8, 2020 hearing, the Court found that grounds exist to reopen the Debtor's Chapter 7 case.

NOW, THEREFORE, it is hereby

ORDERED, that the Debtor's bankruptcy case is reopened.; *and it is further*

***ORDERED, that the United States Trustee shall appoint a Chapter 7 trustee, effective as of December 14, 2020.***

Dated: Brooklyn, New York
January 21, 2021

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Thema T Norton
771 Thomas S. Boyland
Brooklyn, NY 11212

Karamvir Dahiya
Dahiya Law Offices, LLC
75 Maiden Lane
Suite 506
New York, NY 10038

Friedberg PC
c/o ECP Property II LLC
c/o Nathan Cann
c/o Gordan S. Young
c/o Jeremy Friedberg
10045 Red Run Boulevard,
Suite 160
Baltimore, Maryland 21117

David J. Doyaga
26 Court Street
Suite 1601
Brooklyn, NY 11242

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014