SCHEDULE "A"

1. A list of all of the businesses/corporate entities, including 29 Kermit Place LLC; 31 Kermit Owner LLC; 35 Kermit Place LLC; 771 Hopkinson Boyland LLC; and Saratoga Livonia LLC (the "Businesses"), owned or co-owned by Thema T. Norton (the "Debtor") in the six (6) years prior to the petition date.

2. A copy of the corporate documents and books and records for the Businesses.

3. A copy of the federal and state tax returns for the Businesses for the period commencing January 1, 2015 through and including the current date.

4. A list of all of the real property owned or co-owned by the Businesses in the six (6) years prior to the petition date.

5. A list of all of the real property sold/conveyed by the Businesses within the six (6) years prior to the petition date, detailing the owner, the date of the conveyance, the sale amount and the name(s) of the purchaser(s).

6. The closing statements for property sold/conveyed by the Businesses within the six (6) years prior to the petition date.

7. A list of all of the bank accounts and account numbers maintained by the Businesses, whether domestic or foreign.

8. A copy of the bank statements and cancelled checks for each and every account maintained by the Businesses, whether domestic or foreign in the six years prior to the petition date.

9. A list of all of the real property owned or co-owned by the Debtor in the six (6) years prior to the petition date.

10. A list of all of the real property sold/conveyed by the Debtor within the six (6) years prior to the petition date, detailing the owner, the date of the conveyance, the sale amount and the name(s) of the purchaser(s).

11. The closing statements for property sold/conveyed by the Debtor within the six (6) years prior to the petition date.

12. A list of all of the bank accounts and account numbers maintained by the Debtor and for which the Debtor had signatory authority, whether domestic or foreign.

13. A copy of the bank statements and cancelled checks for each and every account maintained by the Debtor and for which the Debtor had signatory authority, whether domestic or foreign in the six years prior to the petition date.

14. A copy of the Debtor's federal and state tax returns for the for the period commencing January 1, 2015 through and including the current date.