UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                         Chapter 7

       THEMA T. NORTON,                          Case No.: 17-42199-ess

                           Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF SUFFOLK    )

      **ALEX E. TSIONIS**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York;

      On the 14th day of October, 2021, deponent served the **ORDER AUTHORIZING DAVID J. DOYAGA, SR. AS TRUSTEE TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS [Dkt. No. 112] with SUBPOENA and SCHEDULE A attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by Certified Mail, Return Receipt Requested and First Class Mail:

See attached Service List.

                                                                                 */s/ Alex E. Tsionis*
                                                                                 Alex E. Tsionis

Sworn to before me this
14th day of October, 2021

*/s/ Nico G. Pizzo*
Nico G. Pizzo
Notary Public State of New York
Qualified in Suffolk County
No. 02PI6384544
Commission Exp. 12/17/2022

**Service List**

**By Certified Mail Return Receipt:**
Horizon Land Services LLC
Attn: Officer/Manager/Agent/CEO
39 W 37th St Fl 9
New York, NY 10018-6217

**By First Class Mail**
Horizon Land Services LLC
Attn: Officer/Manager/Agent/CEO
39 W 37th St Fl 9
New York, NY 10018-6217

Horizon Land Services LLC
39 W 37th St Fl 9
New York, NY 10018-6217