UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

In re **THEMA T. NORTON**

Debtor.

**AFFIDAVIT OF SERVICE**

Case No.: **17-42199-ess**; Chapter: 7
Return Date: **October 22, 2021**
Documents: SUBPOENA FOR RULE 2004 EXAMINATION; SCHEDULE "A"; ORDER AUTHORIZING DAVID J. DOYAGA, SR. AS TRUSTEE TO ISSUE SUBPOENA FOR APPEARANCE AT ORAL DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS; and $80.32 WITNESS FEE (CHECK #1657)

Pedro J. Rodriguez, being duly sworn, deposes and says: I reside in the County of Queens in the State of New York, I am a citizen of the United States, I am over eighteen years of age, I am not a party to nor interested in this action, I have the proper authority to serve pleadings in the State of New York, and I am competent to be a witness therein.

Deponent received the above-described subpoena for service upon the respondent, **JOSEPH S. NORTON**.

**PERSONAL SERVICE**
On **October 7, 2021**, at **9:15 AM**, at **771 Thomas S. Boyland Street, Apartment 2F, Brooklyn, New York 11212**, deponent served the above-described documents upon the respondent, **JOSEPH S. NORTON**, by delivering and leaving a true copy with said respondent personally. Deponent knew the person so served to be the person described as said respondent therein.

Deponent describes the person served as follows:

| Sex | Skin Color / Race | Hair Color | Age (approx.) | Height (approx.) | Weight (approx.) |
|---|---|---|---|---|---|
| Male | Black | Black | 55-65 | 5'7"- 5'11" | 160-180 lbs. |

Other Identifying Features:

Deponent also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of **$80.32**.

Deponent asked the respondent if he is, or is dependent on, a person in military service of the United States, State of New York, any other State, or ally in any capacity and received a negative reply. The respondent did not wear a military uniform. Based on aforesaid conversation and observation, deponent believes the respondent is not, and is not dependent on, a person in military service.

x _____
Pedro J. Rodriguez, Process Server
New York City License #2024701-DCA
Island Process Service, Inc.
1614 5th Avenue, Bay Shore, New York 11706
(631) 647-7663, service@islandprocess.com

State of New York, County of Queens ss.:
Sworn to before me this
18th day of October, 2021

x _____
Notary Public
ROBERT URENA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01UR6181882
Qualified in Queens County
My Commission Expires 02-11-2024

Attorney: Alex E. Tsionis, Esq., Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, (631) 423-8527