UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                  Chapter 7

THEMA T. NORTON,                                                      Case No.: 17-42199-ess

                           Debtor.
-----------------------------------------------------------------x

## ORDER SCHEDULING CONFERENCE ON CHAPTER 7 TRUSTEE'S LETTER REQUESTING AN EMERGENCY STATUS CONFERENCE

WHEREAS, on May 2, 2017, Thema T. Norton (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on January 26, 2021, the Chapter 7 Trustee filed a Motion for a 2004 Examination of Joseph S. Norton; and

WHEREAS, on March 2, 2021, this Court entered an Order authorizing the Chapter 7 Trustee to issue a subpoena for Mr. Norton's appearance at an oral deposition and for the production of documents; and

WHEREAS, on October 25, 2021, this Court entered an Order directing the parties to confer on the deposition of Mr. Norton, and stating that the deposition is to occur by November 9, 2021; and

WHEREAS, on October 27, 2021, the Chapter 7 Trustee filed a letter requesting an emergency status conference regarding Mr. Norton's failure to produce documents in accordance with the Chapter 7 Trustee's Motion for a 2004 Examination and subpoena prior to his deposition (the "Letter Request"); and

WHEREAS, the Letter Request states that the parties here agreed that Mr. Norton's deposition will take place at 10:00 a.m. on November 9, 2021.

NOW, THEREFORE, it is hereby

ORDERED, that the parties are directed to confer on the matters addressed in the Letter Request, including the deposition of Joseph S. Norton and the production of documents, by **4:00 p.m.** on **November 2, 2021**; and

ORDERED, that the Court will hold a video conference on the Chapter 7 Trustee's Letter Request via Zoom on **November 3, 2021** at **2:00 p.m.**, before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and

**ORDERED, that this hearing will be conducted by video conference. It is not necessary to request prior authorization to appear by video conference. All participants, including attorneys, clients, and pro se parties, may appear by video conference as follows:**

> **Please e-mail Judge Stong's Courtroom Deputy at ess_hearings@nyeb.uscourts.gov at least one business day before the scheduled hearing to identify the individuals that will appear and to provide an e-mail address where each may be reached. All attorneys must also identify the party that the attorney represents.**
>
> **Please join in at the time at which your hearing is scheduled, to avoid missing the call of your case.**



**Dated: Brooklyn, New York**
       **November 1, 2021**

                                                **Elizabeth S. Stong**
                                       **United States Bankruptcy Judge**

TO:

Thema T Norton
31 Kermit Place, Apt. 3
Brooklyn, NY 11218


David J. Doyaga
26 Court Street, Suite 1002
Brooklyn, NY 11242

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

American Express Centurion Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Gordon S. Young, Esq.
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117


Jeremy S. Friedberg, Esq.
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117